AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia   [▼]

| | | |
|---|---|---|
| National Treasury Employees Union | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-3948 |
| Office of Personnel Management | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff National Treasury Employees Union                                                     .

Date:     11/14/2025

/s/ Allison C. Giles
*Attorney's signature*

Allison C. Giles, D.C. Bar No. 439705
*Printed name and bar number*
National Treasury Employees Union
800 K Street N.W., Suite 1000
Washington, D.C. 20001

*Address*

allie.giles@nteu.org
*E-mail address*

(202) 572-5509
*Telephone number*

(202) 572-5645
*FAX number*