CO-386
10/2018

# United States District Court
# For the District of Columbia

National Treasury Employees Union,  )
    )
    )
    )
    Plaintiff  )    Civil Action No.__25-3948_____
    vs    )
Office of Personnel Management,  )
    )
    )
    Defendant  )

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __the National Treasury Employees Union__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __the National Treasury Employees Union__ which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

No. 439705 _____ Allison C. Giles
BAR IDENTIFICATION NO.      Print Name

NTEU, 800 K Street N.W., Suite 1000
Address

Washington D.C.   20001
City     State     Zip Code

(202)572-5509
Phone Number