Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeanine Pirro, U.S. Attorney for the District of Columbia
was received by me on *(date)* 11/17/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Service was effected by email pursuant to the U.S. Department of Justice instructions at justice.gov/usao-dc/civil-division, with service received by the U.S. Attorney's office on Nov. 17, 2025 (attached) .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/19/2025

/s/ Allison C. Giles
*Server's signature*

Allison Giles, Asst. Counsel, NTEU
*Printed name and title*

National Treasury Employees Union
800 K Street N.W., Suite 1000
Washington, D.C. 20001
*Server's address*

Additional information regarding attempted service, etc:

 Outlook

## RE: NTEU v. OPM, No. 25-3948 (D.D.C.)

From USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
Date Wed 11/19/2025 12:58 PM
To Allie Giles <Allie.Giles@NTEU.ORG>

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Your service package has been received and accepted with a service date of November 17, 2025. Thank you.

**From:** Allie Giles <Allie.Giles@NTEU.ORG>
**Sent:** Monday, November 17, 2025 9:48 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Paras Shah <paras.shah@nteu.org>
**Subject:** [EXTERNAL] NTEU v. OPM, No. 25-3948 (D.D.C.)


Attached please find a complaint filed by NTEU against the Office of Personnel Management (OPM) on Nov. 14, 2025.

*Allie Giles*
*Assistant Counsel, Office of General Counsel*
*National Treasury Employees Union*
*800 K Street, N.W., Suite 1000*
*Washington, D.C. 20001*
*(202) 572-5509*
*Pronouns: She/her*

