FOIA Summons (1/13) (Page 2)

Civil Action No. 25:cv-3948

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Pamela Bondi, Attorney General, Dep't of Justice

was received by me on *(date)*        11/17/2025        .

❏ I personally served the summons on the individual at *(place)*

on *(date)*                ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*                                , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                ; or

❏ I returned the summons unexecuted because                                ; or

☑ Other *(specify):*   I served by certified mail, with service received by the defendant on November 26, 2025 (attached) pursuant to Fed.R.Civ.P. 4(i)(1)(A)(ii).

.

My fees are $                for travel and $                for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date:      12/01/2025

/s/ Allison C. Giles
*Server's signature*

Allison C. Giles, Assistant Counsel
*Printed name and title*

National Treasury Employees Union
800 K Street N.W. Suite 1000
Washington, D.C. 20001
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____          Postmark
☐ Certified Mail Restricted Delivery  $ _____          Here
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To   Pamela Bondi, AG, U.S. Dep't of Justice
Street and Apt. No., or PO Box No.   950 Pennsylvania Ave NW
City, State, ZIP+4®   Washington, D.C.    20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

USPS.com® - USPS Tracking® Results

ALERT: WINTER WEATHER IN THE MIDWESTERN AND NORTHEASTERN US MAY DELAY FINA…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052701619620525

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:48 am on November 26, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
November 26, 2025, 4:48 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                    ⌄

USPS Tracking Plus®                      ⌄

Product Information                      ⌄

See Less ⌃

Feedback

Track Another Package

Case 1:25-cv-03948-JDB    Document 7    Filed 12/01/25

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**