FOIA Summons (1/13) (Page 2)

Civil Action No. 25:cv-3948

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  the Office of Personnel Management

was received by me on *(date)*          11/17/2025          .

❏  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*  I served by certified mail, with service received by the defendant on November 25, 2025 (attached) pursuant to Fed.R.Civ.P. 4(i)(1)(A)(ii).

.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      12/01/2025                                    /s/ Allison C. Giles
                                                         *Server's signature*

                                              Allison C. Giles, Assistant Counsel
                                                     *Printed name and title*

                                              National Treasury Employees Union
                                                  800 K Street N.W. Suite 1000
                                                    Washington, D.C. 20001
                                                      *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ _____
☐ Return Receipt (electronic)  $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required  $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Sent To  office of Personnel Mngt
Street and Apt. No., or PO Box No.  1900 E St., NW
City, State, ZIP+4®  washington DC. 20115

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Case 1:25-cv-03948-JDB    Document 8    Filed 12/01/25    Page 3 of 4

**ALERT: WINTER WEATHER IN THE MIDWESTERN AND NORTHEASTERN US MAY DELAY FINA…**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701619620532

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:47 pm on November 25, 2025 in WASHINGTON, DC 20415.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20415
November 25, 2025, 12:47 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Feedback

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs