UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. OFFICE OF PERSONNEL MANAGEMENT, <br><br> Defendant. | No. 1:25-cv-3948 |

## **NOTICE OF APPEARANCE**

Please take notice that James D. Todd, Jr. will be appearing as lead counsel on behalf of Defendant in this matter. Contact information is below.

Dated: December 15, 2025

Respectfully Submitted,

*s/ James D. Todd, Jr.*
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
(202) 514-3378
james.todd@usdoj.gov

*Counsel for Defendant*