UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES
   UNION,

     Plaintiff,

       v.                   No. 1:25-cv-3948 (JDB)

U.S. OFFICE OF PERSONNEL
   MANAGEMENT,

     Defendant.

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME FOR THE PARTIES TO FILE PROPOSED SCHEDULE FOR PRODUCTION AND/OR BRIEFING**

Defendant, the U.S. Office of Personnel Management ("OPM"), moves unopposed and with good cause to extend by one-week the time for the parties to file a proposed schedule for production and/or briefing. In support of this motion, Defendant states as follows:

1. Plaintiff, the National Employees Treasury Union, filed its Complaint on November 17, 2026, seeking the records it requested under the under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl., ECF No. 1. Defendant filed its Answer on December 15, 2025. *See* Answer, ECF No. 10.

2. On December 17, 2025, this Court issued an order requiring the parties to confer and submit no later than January 9, 2025, a proposed schedule for the processing and release of responsive records and/or a briefing schedule for the filing of dispositive motions to resolve this matter. *See* Order, ECF No. 11.

3. Defendant plans to conduct its search for records responsive to Plaintiff's FOIA request this week. Defendant will not be a position to propose a schedule for production until after it conducts its search and confers with other federal agencies that created those records.

However, undersigned counsel for Defendant has scheduled use-or-lose leave on December 23 and December 31 through January 9, 2026. As a result, undersigned counsel conferred with counsel for Plaintiff about extending the deadline by one-week, or until January 16, 2026, for the parties to confer and submit a proposed schedule. Plaintiff does not oppose this extension to time.

**CONCLUSION**

This Court should grant Defendant's unopposed motion to extend the time by one week for the parties to confer and submit a proposed schedule. A proposed order is attached.

Dated: December 22, 2025

> Respectfully Submitted,
>
> BRETT A. SHUMATE
> Assistant Attorney General
>
> ELIZABETH J. SHAPIRO
> Deputy Branch Director
>
> s/ James D. Todd, Jr.
> JAMES D. TODD, JR.
> Senior Trial Counsel
> U.S. DEPARTMENT OF JUSTICE
> Civil Division, Federal Programs Branch
> P.O. Box 883
> Washington, DC 20044
> (202) 514-3378
> james.todd@usdoj.gov
>
> Counsel for Defendant

2
