UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES
    UNION,

    Plaintiff,

      v.

U.S. OFFICE OF PERSONNEL
    MANAGEMENT,

    Defendant.

No. 1:25-cv-3948 (JDB)

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO EXTEND TIME FOR THE PARTIES TO FILE
PROPOSED SCHEDULE FOR PRODUCTION AND/OR BRIEFING**

Before this Court is the unopposed motion by Defendant, the U.S. Office of Personnel Management ("OPM"), to extend by one-week the time for the parties to file a proposed schedule for production and/or briefing. For good cause shown therein, Defendant's motion is GRANTED. Accordingly, it is hereby ORDERED that the parties shall confer and submit by not later than January 16, 2026, a proposed schedule for the processing and release of responsive records and/or a briefing schedule for the filing of dispositive motions to resolve this matter.

    SO ORDERED.

Dated: December __, 2025

_____
JOHN D. BATES
United States District Judge