UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. OFFICE OF PERSONNEL MANAGEMENT,<br><br>　　　　Defendant. | No. 1:25-cv-3948 (JDB) |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME FOR THE PARTIES TO FILE PROPOSED SCHEDULE FOR PRODUCTION AND/OR BRIEFING

Defendant, the U.S. Office of Personnel Management ("OPM"), moves unopposed and with good cause to extend by one additional week the time for the parties to file a proposed schedule for production and/or briefing. In support of this motion, Defendant states as follows:

1. Plaintiff, the National Employees Treasury Union, filed its Complaint on November 17, 2026, seeking the records it requested under the under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl., ECF No. 1. Defendant filed its Answer on December 15, 2025. *See* Answer, ECF No. 10.

2. On December 17, 2025, this Court issued an order requiring the parties to confer and submit no later than January 9, 2025, a proposed schedule for the processing and release of responsive records and/or a briefing schedule for the filing of dispositive motions to resolve this matter. *See* Order, ECF No. 11.

3. On December 22, 2025, Defendant moved unopposed and with good cause shown therein for a one-week extension of time for the parties to submit a proposed schedule for the processing and release of responsive records and/or a briefing schedule for the filing of

dispositive motions to resolve this matter. *See* Def.'s Unopposed Mot. to Extend Time for the Parties to File a Proposed Schedule for Prod. and/or Briefing, ECF No. 12. This Court granted that motion on December 22, 2025. *See* Minute Order (Dec. 22,2025).

4. Defendant conducted an initial search for records responsive to Plaintiff's FOIA request but did not locate any records. Defendant is now conducting a broader search for records responsive to Plaintiff's FOIA request over the next few days and will not be a position to propose a schedule for production until after it conducts its search and confers with other federal agencies that created those records. As a result, undersigned counsel conferred with counsel for Plaintiff about extending the deadline by one additional week, or until January 23, 2026, for the parties to confer and submit a proposed schedule. Plaintiff does not oppose this extension to time.

## CONCLUSION

This Court should grant Defendant's unopposed motion to extend the time by one additional week for the parties to confer and submit a proposed schedule. A proposed order is attached.

Dated: January 15, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

s/ James D. Todd, Jr.
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883

Washington, DC 20044
(202) 514-3378
james.todd@usdoj.gov

Counsel for Defendant