UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES
   UNION,

        Plaintiff,

              v.                                        No. 1:25-cv-3948 (JDB)

U.S. OFFICE OF PERSONNEL
   MANAGEMENT,

        Defendant.

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME FOR THE PARTIES TO FILE PROPOSED SCHEDULE FOR PRODUCTION AND/OR BRIEFING

Before this Court is the unopposed motion by Defendant, the U.S. Office of Personnel Management ("OPM"), to extend by one additional week the time for the parties to file a proposed schedule for production and/or briefing. For good cause shown therein, Defendant's motion is GRANTED. Accordingly, it is hereby ORDERED that the parties shall confer and submit by not later than January 23, 2026, a proposed schedule for the processing and release of responsive records and/or a briefing schedule for the filing of dispositive motions to resolve this matter.

        SO ORDERED.

Dated: January __, 2025

                              _____
                              JOHN D. BATES
                              United States District Judge