UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES
UNION,

     Plaintiff,

        v.

U.S. OFFICE OF PERSONNEL
MANAGEMENT,

     Defendant.

No. 1:25-cv-3948 (JDB)

### PROPOSED SCHEDULE FOR PRODUCTION AND/OR BRIEFING

Plaintiff, the National Employees Treasury Union, and Defendant, the U.S. Office of Personnel Management ("OPM"), submit this proposal pursuant to this Court's December 17, 2025, order, as amended, requiring the parties to confer and submit no later than January 23, 2025, a proposed schedule for the processing and release of responsive records and/or a briefing schedule for the filing of dispositive motions to resolve this matter. *See* Order, ECF No. 11, *as amended*, Minute Order (Dec. 22, 2025); Minute Order (Jan. 16, 2026).

Defendant has completed its search for records responsive to Plaintiff's request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and has located responsive records. To process those records, Defendant has determined that it needs adequate time to consult with each of the agencies that created those records. As a result, Defendant has estimated that it can complete processing of those records no later than February 27, 2026, at which time it will produce all non-exempt records to Plaintiff and respond to Plaintiff's FOIA request. The parties have conferred, and Plaintiff does not oppose Defendants' proposed processing schedule.

The parties have also agreed that, should Defendant withhold records on the basis of one or more of the applicable exemptions under the FOIA, *see* 5  U.S.C. § 552(b), they will again meet and confer at that time and propose a briefing schedule to the Court concerning any challenges Plaintiff may bring to Defendants' application of those exemptions.

**CONCLUSION**

This Court should adopt the parties' proposed production schedule and direct the parties to meet and confer after Defendant completes processing of the records responsive to Plaintiff's FOIA request. A proposed order is attached.

Dated: January 23, 2025

Respectfully Submitted,

| | |
|---|---|
| PARAS N. SHAH | BRETT A. SHUMATE |
| NATIONAL TREASURY EMPLOYEES UNION | Assistant Attorney General |
| 800 K Street, NW, Ste 1000 | ELIZABETH J. SHAPIRO |
| Washington, DC 20001 | Deputy Branch Director |
| 202-572-5500 | |
| paras.shah@nteu.org | s/ James D. Todd, Jr. |
| | JAMES D. TODD, JR. |
| ALLISON CONREY GILES | Senior Trial Counsel |
| NATIONAL TREASURY EMPLOYEES UNION | U.S. DEPARTMENT OF JUSTICE |
| 800 K Street, N, Ste 1000 | Civil Division, Federal Programs Branch |
| Washington, DC 20001 | P.O. Box 883 |
| 202-572-5500 | Washington, DC 20044 |
| allie.giles@nteu.org | (202) 514-3378 |
| | james.todd@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2