UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES
   UNION,

     Plaintiff,

        v.

U.S. OFFICE OF PERSONNEL
   MANAGEMENT,

     Defendant.

No. 1:25-cv-3948 (JDB)

**[PROPOSED] ORDER SETTING A FOIA PROCESSING SCHEDULE
AND DIRECTING THE PARTIES TO PROPOSE A BRIEFING SCHEDULE**

Before this Court is the joint proposal by Plaintiff, the National Treasury Employees Union, and Defendant, the U.S. Office of Personnel Management ("OPM"), to set a proposed schedule for Defendant to process the records located in response to Plaintiff's request made under the Freedom of Information Act (FOIA"), 5 U.S.C. § 552. For cause shown therein, this Court orders Defendant to complete processing of those records no later than February 27, 2026, at which time it will produce all non-exempt records to Plaintiff and respond to Plaintiff's FOIA request.

Should Defendant withhold records on the basis of one or more of the applicable exemptions under the FOIA, *see* 5 U.S.C. § 552(b), this Court directs the parties to meet and confer at that time and propose a briefing schedule to the Court concerning any challenges Plaintiff may bring to Defendants' application of those exemptions

     SO ORDERED.

2

Dated: January __, 2026

_____
JOHN D. BATES
United States District Judge

2