UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES
   UNION,

     Plaintiff,

       v.                                                      No. 1:25-cv-3948 (JDB)

U.S. OFFICE OF PERSONNEL
   MANAGEMENT,

     Defendant.

### ORDER SETTING A FOIA PROCESSING SCHEDULE AND DIRECTING THE PARTIES TO PROPOSE A BRIEFING SCHEDULE

Upon consideration of [14] the joint proposed schedule, and the entire record herein, it is hereby ORDERED that Defendant complete processing of relevant records no later than February 27, 2026, at which time it will produce all non-exempt records to Plaintiff and respond to Plaintiff's FOIA request.

Should Defendant withhold records on the basis of one or more of the applicable exemptions under the FOIA, *see* 5 U.S.C. § 552(b), this Court directs the parties to meet and confer at that time and propose a briefing schedule to the Court concerning any challenges Plaintiff may bring to Defendants' application of those exemptions.

SO ORDERED.

Dated: January 23, 2026

/s/
JOHN D. BATES
United States District Judge