IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION    )
800 K Street N.W., Suite 1000    )
Washington, D.C.  20001,    )
    )
    Plaintiff,    )
    )
    v.    )    Case No.: 25-3948 (JDB)
    )
OFFICE OF PERSONNEL MANAGEMENT    )
1900 E Street N.W.    )
Washington, D.C.  20415    )
    )
    Defendant.    )
_____    )

## JOINT MOTION FOR A BRIEFING SCHEDULE

Counsel for the parties jointly propose this briefing schedule for this litigation which plaintiff brought under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, *as amended*, to secure the release of records responsive to a request submitted to the Office of Personnel Management (OPM).

Under this Court's Order of January 23, 2026, OPM was to complete processing of relevant records no later than February 27, 2026. The parties were directed to then meet, confer, and propose a briefing schedule to the Court.

OPM provided a FOIA response on February 26, 2026. The parties have met and now propose the following schedule for the Court's consideration:

April 1, 2026 – plaintiff will file an amended complaint;

April 29, 2026 – defendant will file a motion for summary judgment;

May 27, 2026 – plaintiff will file a response to defendant's motion for summary and a cross-motion for summary judgment;

July 2, 2026 – defendant will file a response to plaintiff's cross motion for summary judgment and a reply in support of its motion for summary judgment;

July 22, 2026 – plaintiff will file a reply in support of its motion for summary judgment.

A proposed order is attached.

Respectfully submitted,

PARAS N. SHAH
General Counsel

/s/ Allison C. Giles
ALLISON C. GILES
Associate General Counsel
Office of General Counsel
NATIONAL TREASURY EMPLOYEES UNION
800 K Street N.W., Suite 1000
Washington, DC 20001
(202) 572-5500
Counsel for Plaintiff NTEU

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ James D. Todd, Jr.
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
(202) 514-3378

March 27, 2026                    Counsel for Defendant

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION  )
                                   )
            Plaintiff,             )
                                   )
        v.                         )  Case No.: 25-3948 (JDB)
                                   )
OFFICE OF PERSONNEL MANAGEMENT     )
                                   )
            Defendant.             )
_____ )

## [PROPOSED] ORDER

Upon consideration of the Joint Motion for a Briefing Schedule, it is hereby ordered that,

The Motion is granted; and it is further ordered that:

Plaintiff will file an amended complaint by April 1, 2026;

Defendant will file a motion for summary judgment by April 29, 2026;

Plaintiff will file a response to defendant's motion for summary judgment and a cross-motion for summary judgment by May 27, 2026;

Defendant will file a response to plaintiff's motion for summary judgment and a reply in support of its motion for summary judgment by July 2, 2026; and

Plaintiff will file a reply in support of its motion for summary judgment by July 22, 2026.

SO ORDERED.

Date:                                    _____
                                         Hon. John D. Bates