UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES UNION    )
                                     )
         Plaintiff,                  )
                                     )
         v.                          )    Civ. A. No. 25-3948 (JDB)
                                     )
OFFICE OF PERSONNEL MANAGEMENT       )
                                     )
         Defendant.                  )
_____)

<u>ORDER</u>

Upon consideration of [16] the Joint Motion for a Briefing Schedule, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED;

it is further ORDERED that Plaintiff will file an amended complaint by April 1, 2026;

Defendant will file a motion for summary judgment by April 29, 2026;

Plaintiff will file a response to defendant's motion for summary judgment and a cross-motion for summary judgment by May 27, 2026;

Defendant will file a response to plaintiff's motion for summary judgment and a reply in support of its motion for summary judgment by July 2, 2026; and

Plaintiff will file a reply in support of its motion for summary judgment by July 22, 2026.

SO ORDERED.

<u>Date</u>: 3/27/2026                        /s/
                                    _____
                                    JOHN D. BATES
                                    United States District Judge