UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES
   UNION,

     Plaintiff,

        v.

U.S. OFFICE OF PERSONNEL
   MANAGEMENT,

     Defendant.

No. 1:25-cv-3948 (JDB)

**DEFENDANT'S MOTION TO EXTEND TIME FOR
THE PARTIES' REMAINING BRIEFING DEADLINES**

Defendant, the U.S. Office of Personnel Management ("OPM"), moves with good cause to extend by 14 days the time for the parties to file their respective cross motions for summary judgment. In support of this motion, Defendant states as follows:

1.     Plaintiff, the National Employees Treasury Union ("NTEU"), filed its Complaint on November 17, 2026, seeking the records it requested under the under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. *See* Compl., ECF No. 1. Defendant filed its Answer on December 15, 2025. *See* Answer, ECF No. 10.

2.     Defendant conducted searches for records responsive to Plaintiff's request and on February 27, 2026, provided a response to Plaintiff stating that it was withholding all responsive records located under one or more applicable FOIA Exemptions. *See* 5 U.S.C. § 552(b)(1)-(9). On March 27, 2026, the parties filed a joint motion for a briefing schedule, *see* Jt. Mot. for Br. Sched., ECF No. 16, and this Court adopted the parties' proposed schedule, which among other things, provided for Defendant to file its motion for summary judgment by April 29, 2026, *see* Order, ECF No. 17.

3.      Pursuant to this Court's Order, Plaintiff filed an Amended Complaint on April 1, 2026. *See* Am. Compl., ECF No. 18. Defendant answered Plaintiff's Amended Complaint, *see* Answer to Am. Compl., ECF No. 19.

4.      Defendant has been diligently preparing its motion for judgment and accompanying *Vaughn* index. In the course of preparing that index, Defendant determined that it may not have located all records responsive to Plaintiff's FOIA request. As a result, Defendant is now expeditiously conducting a supplemental search for responsive records. *Cf. W. Ctr. for Journalism v. IRS*, 116 F. Supp. 2d 1, 10 (D.D.C. 2000), *aff'd,* 22 Fed. App'x 14 (D.C. Cir. 2001) (citing *Meeropol v. Meese*, 790 F.2d 942, 957 (D.C. Cir. 1986)). Defendant, however, needs adequate time to complete its supplemental search and has determined that it needs an additional 14 days to complete its search and finalize and file its motion for summary judgment.

5.      Pursuant to LCvR 7(m), upon learning of the agency's determination that it needs to perform a supplemental search, undersigned counsel for Defendant immediately met and conferred with counsel for Plaintiff about extending each of the remaining briefing deadlines in this Court's order adopted the parties' proposed briefing schedule by seven days. On April 27, 2026, Plaintiff's counsel indicated that NTEU does not consent to an extension of the previously agreed briefing schedule. Plaintiff asked Defendant to state that, as alleged in Plaintiff's Amended Complaint, NTEU has been seeking what it characterizes as a small category of documents since August 20, 2025, *see* Am. Compl. ¶ 7; OPM stated that the agency planned to search for records the week of December 22, 2025, *see id*. ¶ 14; OPM then stated on January 15, 2026, that it had found no records but would keep searching, *see id*. ¶ 16; OPM then stated on January 23, 2026, that it had "completed its search," *id*. ¶ 18. Plaintiff also asked Defendant to state Plaintiff's position that Plaintiff sees no reason to further delay briefing and resolution of

2

this matter.

## CONCLUSION

This Court should grant Defendant's motion to extend the time by 14 days each of the

remaining deadlines in this Court's order adopting the parties proposed briefing schedule. A

proposed order is attached.

Dated:  April 27, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

s/ James D. Todd, Jr.
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

Counsel for Defendant