UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES
   UNION,

     Plaintiff,

        v.

U.S. OFFICE OF PERSONNEL
   MANAGEMENT,

     Defendant.

No. 1:25-cv-3948 (JDB)

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION
TO EXTEND TIME FOR THE PARTIES BRIEFING SCHEDULE**

Before this Court is the motion by Defendant, the U.S. Office of Personnel Management ("OPM"), to extend by 14 days the time for the parties' briefing schedule. For good cause shown therein, Defendant's motion is GRANTED. Accordingly, it is hereby ORDERED that:

Defendant will file a motion for summary judgment by May 13, 2026;

Plaintiff will file a response to defendant's motion for summary judgment and a cross-motion for summary judgment by June 10, 2026;

Defendant will file a response to plaintiff's motion for summary judgment and a reply in support of its motion for summary judgment by July 16, 2026; and

Plaintiff will file a reply in support of its motion for summary judgment by August 5, 2026.

SO ORDERED.

Dated: April __, 2026

_____
JOHN D. BATES
United States District Judge