UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES
    UNION,

    Plaintiff,

       v.                                                        No. 1:25-cv-3948 (JDB)

U.S. OFFICE OF PERSONNEL
    MANAGEMENT,

    Defendant.

## DEFENDANT'S STATEMENT OF MATERIAL FACTS

1.      On August 20, 2025, Plaintiff National Treasury Employees Union ("NTEU") submitted a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to Defendant U.S. Office of Personnel Management ("OPM"). Plaintiff's request sought "all petitions received by [OPM] from all agencies identifying positions within the submitting agency to be transferred into Schedule Policy/Career, as created by Executive Order 13957 and pursuant to OPM Guidance on Implementing President Trump's Executive Order titled, 'Restoring Accountability to Policy-Influencing Positions Within the Federal Workforce' issued on Jan. 27, 2025," Am. Compl., ECF No. 18 at Ex. A.

2.      OPM acknowledged receipt of Plaintiff's FOIA requests on August 20, 2025. *See* Ex. B to Am. Compl.

3.      Plaintiff commenced this action on November 17, 2025. *See* Compl. for Decl. & Inj. Relief, ECF No. 1.

4.      OPM conducted initial searches for records responsive to Plaintiff's FOIA request and sent a response to NTEU on February 26, 2026. *See* Email from Christopher Connor to Paras Shah, Feb. 26, 2026, Am. Compl, ECF No. 18 at Ex. C ("Initial FOIA Response"); *see also* Decl. of Tonya Carrington ¶ 5, attached hereto as Ex. 1 ("Carrington Decl."). The agency stated that its

search had located 278 pages of records from over 40 federal agencies responsive to NTEU's

FOIA request. *See* Initial FOIA Response. OPM explained that it was withholding all records

responsive to the request under FOIA Exemption 5. It also withheld a small portion of some of the

records under FOIA Exemption 6.

5.      On April 23, 2026, NTEU withdrew without prejudice its challenge to OPM's

Exemption 6 withholdings. *See* Email from Allie Giles to James Todd, April 23, 2026, attached

hereto as Ex. 2.

6.      In April 2026, the OPM FOIA team conducted a supplemental search for records

responsive to Plaintiff's FOIA reqeust. *See* Carrington Decl. ¶ 8. The FOIA team coordinated with

the OPM Workforce Policy and Innovation office ("OPM WPI"), the office tasked with

implementing the President's Executive Order to streamline the federal workforce. OPM WPI

advised the FOIA team that they had coordinated all relevant agency communications and had

established a dedicated Schedule Policy/Career mailbox, transitioning from employ@opm.gov to

schedule-policycareer@opm.gov. *See id*. OPM WPI further advised the FOIA team that

documents were submitted either through the Schedule Policy/Career mailbox or via other agency

designated systems, including secure file exchanges. *See id*. OPM WPI provided the FOIA team

access to records collected from its database of about 1360 files from submissions by 74 agency

Chief Human Capital Officers ("CHCOs"), or their CHCO designees, to OPM WPI. *See id*.

7.      OPM determined that all responsive records located from the agency's searches

should be withheld in their entirety under FOIA Exemption 5 and prepared a *Vaughn* index

describing each record by date received; sending agency; sender address (in each case from the

CHCO or CHCO designee); recipient (OPM WPI); platform received (employ@opm.gov,

schedule-policycareer@opm.gov, or secure file exchange); document type (*i.e.*, spreadsheet,

email, or other); exemption claimed; and the agency's justification for withholding the record (*i.e.*,

the record consisted of initial draft list, a revised draft list, or other draft interagency

recommendation). *See id*.; OPM *Vaughn* index, attached as Ex A to Carrington Decl.

Dated: May 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

_s/ DRAFT_
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Ben Franklin Station
P.O. Box 883
Washington, DC 20044

_Attorneys for Defendants_