| | |
|---|---|
| **From:** | Allie Giles |
| **To:** | Todd, James (CIV); Paras Shah |
| **Cc:** | Blaise Springfield |
| **Subject:** | [EXTERNAL] Re: NTEU v. OPM, No. 1:25-cv-3948-JDB (D.D.C.) - Meet and confer re FOIA Exemption 6 |
| **Date:** | Thursday, April 23, 2026 12:33:40 PM |
| **Attachments:** | image001.png |
| | Outlook-q0qmn2ow.png |

Hi Jim.

We agree. The parties can proceed to just briefing FOIA exemption 5.

If NTEU successfully obtains the documents, and there are additional redactions beyond those that we have discussed, we reserve the right to challenge such redactions.

*Allie Giles*
*Associate Counsel, Office of General Counsel*
*National Treasury Employees Union*
*800 K Street, N.W., Suite 1000*
*Washington, D.C. 20001*
*(202) 572-5509*
*Pronouns: She/her*



**From:** Todd, James (CIV) <James.Todd@usdoj.gov>
**Sent:** Thursday, April 23, 2026 11:48 AM
**To:** Allie Giles <Allie.Giles@NTEU.ORG>; Paras Shah <paras.shah@nteu.org>
**Cc:** Blaise Springfield <blaise.springfield@NTEU.ORG>
**Subject:** RE: NTEU v. OPM, No. 1:25-cv-3948-JDB (D.D.C.) - Meet and confer re FOIA Exemption 6

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Hi Allie & Paras –

Thanks for your email. Allie, I also tried calling you.

To answer your questions:

   (1)& (2) Yes, the agency has redacted names and email addresses, *i.e.*, ~~john.smith~~@usdoj.gov, in cover emails exchanged between agencies in the to and from lines of the emails under FOIA Exemption 6;

3. Yes, the agency has reacted the names from the signature blocks in those same cover emails under FOIA Exemption 6, *i.e.*, ~~John Smith~~. It has not redacted the job titles, office, agency, *etc*.

The agency has not withheld any other information under FOIA Exemption 6.

The agency continues to withheld all responsive records in their entirety under FOIA Exemption 5.

Can you confirm that Plaintiff is not challenging the adequacy of the agency's search?

Please let me know if you'd like to discuss. I am available.

Best,

Jim Todd
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington DC 20530
(202) 514-3378

---

**From:** Allie Giles <Allie.Giles@NTEU.ORG>
**Sent:** Wednesday, April 22, 2026 1:39 PM
**To:** Todd, James (CIV) <James.Todd@usdoj.gov>; Paras Shah <paras.shah@nteu.org>
**Cc:** Blaise Springfield <blaise.springfield@NTEU.ORG>
**Subject:** [EXTERNAL] Re: NTEU v. OPM, No. 1:25-cv-3948-JDB (D.D.C.) - Meet and confer re FOIA Exemption 6

Hi Jim:  Responding directly to this email in case there's a problem at our end or your end about email systems, but I asked last week (April 15 email) about whether "you could just clarify - is the agency proposing to redact (1) names and email addresses in the "to" line of the emails; (3) names and email addresses in the "from" line of the emails; and (3) names and email addresses in the signature block <u>or</u> the entire signature block (including, e.g., titles, office)?"

Thanks.

*Allie Giles*
*Associate Counsel, Office of General Counsel*
*National Treasury Employees Union*
*800 K Street, N.W., Suite 1000*

*Washington, D.C. 20001*
*(202) 572-5509*
*Pronouns: She/her*



**From:** Todd, James (CIV) <James.Todd@usdoj.gov>
**Sent:** Wednesday, April 22, 2026 1:10 PM
**To:** Allie Giles <Allie.Giles@NTEU.ORG>; Paras Shah <paras.shah@nteu.org>
**Subject:** RE: NTEU v. OPM, No. 1:25-cv-3948-JDB (D.D.C.) - Meet and confer re FOIA Exemption 6

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Hi Allie & Paras –

I'm checking in to see if Plaintiff is willing to agree to withdraw its challenge to OPM's assertion of FOIA Exemption 6 of employee names, email addresses and phone numbers in the to and from line and signature blocks of cover emails contained the records responsive to Plaintiff's FOIA request.

Please advise.

Thanks.

Jim Todd
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington DC 20530
202-514-3378

**From:** Allie Giles <Allie.Giles@NTEU.ORG>
**Sent:** Tuesday, April 14, 2026 3:22 PM
**To:** Todd, James (CIV) <James.Todd@usdoj.gov>; Paras Shah <paras.shah@nteu.org>
**Subject:** [EXTERNAL] Re: NTEU v. OPM, No. 1:25-cv-3948-JDB (D.D.C.) - Meet and confer re FOIA

Exemption 6

Hi Jim - let me consider it and I'll get back to you in the next day or two.

*Allie Giles*
*Associate Counsel, Office of General Counsel*
*National Treasury Employees Union*
*800 K Street, N.W., Suite 1000*
*Washington, D.C. 20001*
*(202) 572-5509*
*Pronouns: She/her*

 

**From:** Todd, James (CIV) <James.Todd@usdoj.gov>
**Sent:** Tuesday, April 14, 2026 1:39 PM
**To:** Allie Giles <Allie.Giles@NTEU.ORG>; Paras Shah <paras.shah@nteu.org>
**Subject:** NTEU v. OPM, No. 1:25-cv-3948-JDB (D.D.C.) - Meet and confer re FOIA Exemption 6

**Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Hi Allie & Paras –

This is a request for a meet and confer concerning Plaintiff's challenge to OPM's withholding of agency employee's email addresses and phone numbers under FOIA Exemption 6.

To clarify the agency's Exemption 6 withholding, OPM withheld the names and email address of agency employees in "to" and "from" lines of the emails as well as the employee signature blocks in emails that were sent to OPM conveying agency initial recommendations of positions to be considered for designation as Schedule C. The agency did not withhold the actual list of positions initially recommended to be considered for designation under Exemption 6.

Having clarified the scope of OPM's Exemption 6 withholdings, would NTEU be willing to withdraw its challenge to OPM's withholding of this employee information under Exemption 6? If so, the parties could simply brief the propriety of OPM's withholding of

the list of recommended positions themselves under Exemption 5.

Please let me know if you have any questions or would like to discuss. I am available.

Best,

Jim Todd
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington DC 20530
202-514-3378