UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES
UNION,

    Plaintiff,

      v.

U.S. OFFICE OF PERSONNEL
MANAGEMENT,

    Defendant.

No. 1:25-cv-3948 (JDB)

**[PROPOSED] ORDER GRANTING**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Before this Court are the parties' cross motions for summary judgment. For the reasons

set forth in Defendant's summary judgment motion and supporting papers, this Court GRANTS

Defendant's motion for summary judgment, DENIES Plaintiff's motion for summary judgment,

and DIRECTS the Clerk of this Court to enter JUDGMENT for Defendant.

    SO ORDERED.

Dated: _____ __, 2026

                        _____
                        JOHN D. BATES
                     United States District Judge