AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-CV-3948-JDB |
| U.S. OFFICE OF PERSONNEL MANAGEMENT | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF NATIONAL TREASURY EMPLOYEES UNION                                    .

Date:      06/03/2026

/s/Thaxton Blaise Springfield
*Attorney's signature*

THAXTON BLAISE SPRINGFIELD
(D.C. Bar No. 90019358)
*Printed name and bar number*

800 K STREET NW, SUITE 1000
WASHINGTON, D.C. 20001

*Address*

blaise.springfield@nteu.org
*E-mail address*

(202) 572-5505
*Telephone number*

(202) 572-5645
*FAX number*