IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 1:25-cv-3948 (JDB) |
| v. | ) ) | |
| U.S. OFFICE OF PERSONNEL MANAGEMENT, | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Plaintiff National Treasury Employees Union respectfully submits the following statement of material facts not in dispute in support of its Cross-Motion for Summary Judgment.

**I.      The Schedule Policy/Career Policy Framework**

1.      On January 20, 2025, the President issued Executive Order 14,171, establishing "Schedule Policy/Career" as a new excepted-service classification for certain federal positions deemed "policy-influencing." *See* Exec. Order No. 14171, 90 Fed. Reg. 8625 (Jan. 20, 2025).

2.      On January 27, 2025, Defendant issued "final guidance" directing agency heads to review positions and to submit petitions identifying positions for placement into Schedule Policy/Career within established criteria, an established format, and within certain deadlines. U.S. Off. of Pers. Mgmt., *Guidance on*

*Implementing President Trump's Executive Order titled,* "Restoring Accountability To Policy-Influencing Positions Within the Federal Workforce" (Jan. 27, 2025).

3. On February 6, 2026, Defendant promulgated a final rule establishing the regulatory framework for positions to be moved into Schedule Policy/Career. Improving Performance, Accountability and Responsiveness in the Civil Service, 91 Fed. Reg. 5580 (Feb. 6, 2026) (to be codified at 5 C.F.R. pts. 210, 212–13, 302, 432, 451, 537, 575, 752).

4. The President issued another executive order on June 3, 2026, implementing OPM's recommendations and moving numerous positions into Schedule Policy/Career. Exec. Order No. 14410, 91 Fed. Reg. 34,893 (June 3, 2026).

## II. Plaintiff's FOIA Request and Defendant's Withholding

5. On August 20, 2025, Plaintiff submitted a Freedom of Information Act (FOIA) request to Defendant seeking "all petitions received by [OPM] from all agencies identifying positions within the submitting agency to be transferred into Schedule Policy/Career." Am. Compl. ¶ 7, Dkt. No. 18; Def.'s Statement of Material Facts Not in Dispute ¶ 1, Dkt. No. 21-1 (Def.'s SOF).

6. Defendant received Plaintiff's FOIA request on August 20, 2025. Am. Compl. ¶ 8 & Ex. B; Def.'s SOF ¶ 2.

7. After Plaintiff filed this action on November 17, 2025, Compl., Dkt. No. 1; Def.'s SOF ¶ 3, the Court ordered Defendant to complete processing by February 27, 2026. Order, Dkt. No. 15.

8. Defendant sent Plaintiff a response dated February 26, 2026. Am. Compl. ¶ 19 & Ex. C; Def.'s SOF ¶ 4.

9. In its February 26, 2026 response, Defendant stated that it had located 278 pages of records from more than 40 federal agencies responsive to Plaintiff's FOIA request, which it was withholding under FOIA exemptions 5 and 6. Am. Compl. ¶ 19 & Ex. C; Def.'s SOF ¶ 4.

10. On April 23, 2026, Plaintiff withdrew without prejudice its challenge to Defendant's Exemption 6 withholdings. Def.'s SOF ¶ 5.

## III. Defendant's Supplemental Search and the Responsive Records

11. In April 2026, the Defendant's FOIA team conducted a supplemental search for records responsive to Plaintiff's FOIA request. Def.'s SOF ¶ 6.

12. Defendant located about 1,360 files from submissions by 74 agency Chief Human Capital Officers (CHCO) (or designees), which it withheld in full under FOIA exemption 5. Def.'s SOF ¶ 8–9.

13. Defendant prepared a declaration and a *Vaughn* index for the responsive records. Def.'s Mem. in Supp. of Mot. for Summ. J. Ex. 1, Dkt. No. 21-2; Decl. of Tonya Carrington Ex. A, Dkt. No. 21-3.

June 10, 2026

Respectfully submitted,

PARAS N. SHAH
(D.C. Bar No. 983881)
General Counsel

ALLISON C. GILES
(D.C. Bar No. 439705)
Associate General Counsel

*/s/ Thaxton Blaise Springfield*
THAXTON BLAISE SPRINGFIELD
(D.C. Bar No. 90019358)
Assistant Counsel
NATIONAL TREASURY
EMPLOYEES UNION
800 K Street, N.W., Suite 1000
Washington, D.C. 20001
(202) 572-5505

Counsel for Plaintiff

4