IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:25-cv-3948 (JDB) |
| U.S. OFFICE OF PERSONNEL MANAGEMENT, | ) ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7, and in accordance with the Minute Order entered by this Court on April 27, 2026, Plaintiff National Treasury Employees Union respectfully moves the Court for summary judgment in its favor and against Defendant U.S. Office of Personnel Management as to OPM's improper withholding of records requested by NTEU pursuant to the Freedom of Information Act, 5 U.S.C. § 552. There are no genuine issues of material fact as to NTEU's claim, and judgment as a matter of law in NTEU's favor is appropriate.

In support of this Cross-Motion for Summary Judgment and in opposition to Defendant's Memorandum in Support of Motion for Summary Judgment, Dkt. No. 21, NTEU submits: (1) its Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment; (2) its Response to Defendant's Statement of Material Facts Not in

Dispute; and (3) its Statement of Material Facts Not In Dispute. A proposed order is also attached.

Further, NTEU respectfully requests an oral hearing on the parties' cross-motions pursuant to Local Civil Rules 7(f) and 78.1 at a date and time that is convenient for the Court.

June 10, 2026

Respectfully submitted,

PARAS N. SHAH
(D.C. Bar No. 983881)
General Counsel

ALLISON C. GILES
(D.C. Bar No. 439705)
Associate General Counsel

*/s/ Thaxton Blaise Springfield*
THAXTON BLAISE SPRINGFIELD
(D.C. Bar No. 90019358)
Assistant Counsel
NATIONAL TREASURY
EMPLOYEES UNION
800 K Street, N.W., Suite 1000
Washington, D.C. 20001
(202) 572-5505

Counsel for Plaintiff

2