IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL TREASURY EMPLOYEES
   UNION,

          Plaintiff,

     v.                      No. 1:25-cv-3948 (JDB)

U.S. OFFICE OF PERSONNEL
   MANAGEMENT,

          Defendant.

## [PROPOSED] ORDER

Upon consideration of the Defendant's motion for summary judgment, Plaintiff's cross-motion for summary judgment, the parties' various memoranda in support of and opposition to these motions, and the entire record herein, it is hereby:

**ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**, and Plaintiff's Cross-Motion for Summary Judgment is **GRANTED**; and it is further

**ORDERED** that the U.S Office of Personnel Management ("OPM") shall disclose to Plaintiff all records responsive to Plaintiff's August 20, 2025 Freedom of Information Act ("FOIA") request that the Court ruled are not exempt under FOIA Exemption 5 within 10 business days of the date of this order, subject only to any redactions that OPM demonstrates are required by specific, non-waived FOIA exemption 6.

**SO ORDERED**.

_____
JOHN D. BATES
United States District Judge

Dated: